UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO RODRIGUEZ,<br><br>                                    Petitioner,<br><br>v.<br><br>WARDEN FISHER,<br><br>                                    Respondent. | Case No.: 21cv1442-BAS (MSB)<br><br>**ORDER ADDRESSING REQUEST FOR JUDICIAL NOTICE AND EX PARTE REQUEST [ECF NO. 25]** |

Pedro Rodriguez ("Petitioner"), a state prisoner proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.  (ECF No. 1.)  Respondent has until January 21, 2022, to file a motion to dismiss.  (ECF No. 23 at 2.)  As presently scheduled, Petitioner will then have until February 23, 2022, to file an opposition.  (Id.)  On November 16, 2021, Petitioner filed an "Ex Parte Request for Order Directing San Diego Sheriffs to Recognize Petitioner as Pro Per Litigant."  (ECF No. 18.)  This Court denied that motion on December 20, 2021.  (ECF No. 24.)  On December 24, 2021, Petitioner signed and mailed a "Request for Judicial Notice and Ex Parte Request," in which he informed the Court that he has not yet received a responsive filing from

/ / /

1

Respondent and he wished to received a status update and renew his request for access to his legal work product and the law library.  (ECF No. 25.)

The Court first notes that on December 16, 2021, it granted Respondent's "Application for Enlargement of Time to File Motion to Dismiss Petition for Writ of Habeas Corpus" [ECF No. 19, 22], and extended Respondent's deadline to file a motion to dismiss to January 21, 2022, and Petitioner's deadline to file an opposition to February 23, 2022.  (ECF No. 23.)  The docket reflects that a copy of that order [ECF No. 23] was served on Petitioner via U.S. Mail.  (<u>See</u> docket notes accompanying ECF No. 23.)  The absence of an entry in the docket indicates that Respondent has not yet filed a motion to dismiss in this case.

To the extent Petitioner renews the ex parte request he made in his "Ex Parte Request for Order Directing San Diego Sheriffs to Recognize Petitioner as Pro Per Litigant" [ECF No. 18], the Court notes that there has been no substantial change in circumstances since its previous denial of the request, and Petitioner has not made the required showing discussed in the Court's prior order [ECF NO. 24].  The Court therefore **DENIES** the ex parte request.

**IT IS SO ORDERED.**

Dated:  January 6, 2022

Honorable Michael S. Berg
United States Magistrate Judge